UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SARA DOAK<br>    **Plaintiff**<br><br>v.<br><br>DELTA MANAGEMENT ASSOCIATES, INC.<br>    **Defendant** | CIVIL ACTION<br><br><br><br><br>OCTOBER 21, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed by the defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes a pendent claim brought under State law for violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a *et seq.*

### II. PARTIES

2. Plaintiff, Sara Doak, is a natural person residing in Old Saybrook, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Delta Management Associates, Inc. ("Delta"), is a corporation located in Massachusetts and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, 1367, and 1337.

5. This Court has jurisdiction over Delta because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

### IV. FACTUAL ALLEGATIONS

7. Plaintiff owed a consumer debt (the "Debt") that was assigned to Delta for collection purposes.

8. While attempting to collect the Debt from Plaintiff, Delta called and left message for Plaintiff on October 22, 2009, and it left another message for Plaintiff on December 16, 2009; on both messages, Delta failed to state that it was a communication from a debt collector.

### V. COUNT ONE

**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.***

9. Plaintiff incorporates Paragraphs 1-8

10. Delta violated the FDCPA in one or more of the following respects:

    a.    Delta violated 15 U.S.C. § 1692e(11) by leaving messages that failed to inform Plaintiff that the communication was from a debt collector.

    b.    Delta violated 15 U.S.C. § 1692d by engaging in conduct as described above, the natural consequence of which was to harass, oppress, or abuse the plaintiff.

    c.    Delta violated 15 U.S.C. § 1692f by using unfair means to attempt to collect the Debt as described above.

11. For Delta's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

## VI. COUNT TWO

### Violations of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a et seq.

12. Plaintiff incorporates Paragraphs 1-8.

13. Delta violated the Connecticut Unfair Trade Practices Act Conn. Gen. Stat. §§ 42-110a et seq. by its debt collection activities described above.

14. Delta's acts as described above were unfair, immoral, unethical, oppressive and unscrupulous as such to cause substantial injury to consumers, especially Plaintiff.

15. Plaintiff suffered an ascertainable loss because of the Delta's aforementioned actions.

16. Delta violated the Connecticut Unfair Trade Practices Act Conn. Gen. Stat. §§ 42-110a et seq. and is liable to Plaintiff for her monetary damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g.

3

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

PLAINTIFF, SARA DOAK

By: _____
Daniel S. Blinn, Fed Bar No. ct02188
Matthew W. Graeber, Fed Bar No. ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax (860) 571-7457