UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SARA DOAK,** | : | |
|     **Plaintiff,** | : | Case No. 3:10-cv-1671(RNC) |
| | : | |
| **v.** | : | |
| | : | |
| **DELTA MANAGEMENT ASSOCIATES, INC.,** | : | MARCH 14, 2011 |
|     **Defendant.** | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiff, Sara Doak, through her attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

        PLAINTIFF, SARA DOAK

        By: /s/ Daniel S. Blinn
        Daniel S. Blinn (ct02188)
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, Connecticut 06067
        Tel (860) 571-0408  Fax (860) 571-7457
        dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of March, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/Daniel S. Blinn
                                        Daniel S. Blinn